**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LIVIA M. SCOTTO,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-4153** |
| | : | |
| **FEMA, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 3rd day of August, 2026, upon consideration of Plaintiff Livia M. Scotto's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1, 10), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to strike as plaintiffs Peter John Scotto, Concetta Scotto, Carmella A. Sciabarra, Marley V. Scotto, Angel V. Scotto-Sciabarra, Appollo V. Scotto, Aramis, Gia, Zeus, Hermes, Venus, and Zeus Scotto for failure to comply with the Court's Order entered June 23, 2026. (ECF No. 7.)

2. Livia M. Scotto is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

3. The Complaint is **DEEMED** filed.

4. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

5. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Gerald Austin McHugh**

**GERALD A. AUSTIN, J.**